JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HELAINE N. ROSS, individually and as sole successor trustee of THE JAKE BRUCK AND NINA BRUCK INTER VIVOS TRUST AGREEMENT OF 1989; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-04028-PA-SKx<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

1
[PROPOSED] ORDER
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and Helaine N. Ross ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: August 18, 2020

_____
UNITED STATES DISTRICT JUDGE